177 A.3d 112

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. CARLTON L. CLARK, DEFENDANT–PETITIONER.

C–420 September Term 2017
079675

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005065–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

177 A.3d 112

IN RE: ACCUTANE LITIGATION (HOFFMANN–LA ROCHE INC. AND ROCHE LABORATORIES INC.—PETITIONERS)

C–388 September Term 2017
079958

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4698–14 and A–910–16 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.